UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: BONITA SHAIN                                 Case No. 05-36590
    Debtor

                                                                            Chapter 7

_____

THOMAS BURNETT
    Plaintiff                                       Ad. Proc. 05-03174
vs.

BONITA SHAIN
    Denfendant

ORDER

THIS CORE PROCEEDING[1] comes before the Court on Plaintiff Thomas Burnett's ("Plaintiff") Petition to Determine Dischargability of Debt Pursuant to 11 U.S.C. §523(a)(5), 11 U.S.C. §523(a)(6) and 11 U.S.C. §523(a)(15)[2], and Debtor Bonita Shain's ("Defendant") Answer. The Plaintiff contends that attorney fees awarded to him during a custody battle between the parties are nondischargable under §§523(a)(5) and (a)(6). The Defendant responded that the debt arose from custody and/or visitation, was unrelated to support, and, thus, did not fit within the parameters of §523(a)(5). Further, the Plaintiff argues that the cause of action brought under §523(a)(6) is not proper because the Defendant's actions that precipitated the attorney fee

---

[1] *See* 28 U.S.C.§157(b)(2)(I).

[2] The Plaintiff orally withdrew his motion under 11 U.S.C. §523(a)(15) at the evidentiary hearing.

award were not willful and malicious.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that based upon the testimony of both the Plaintiff and the Defendant, the statements of counsel, the briefs submitted, and the entire record in this case, this Court finds the $15,000.00 debt owed to the Plaintiff by the Defendant is NONDISCHARGABLE.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defendant shall repay said amount to Plaintiff in monthly installment payments of $150.00 a month beginning in July of 2006. The payments are to be in the possession of the Plaintiff by the 15th of each month and paid in such monthly payments until the $15,000.00 is paid in full. If paid on time, no interest will be incurred. Any failure of the Defendant to deliver these payments timely to Plaintiff will result in the debt accelerating and becoming due in full, bearing interest at the currently applicable federal judgment interest rate of 5.01% per annum.[3]

---

[3] During his testimony, the Plaintiff stated that he was receiving $10.00 a week from the Defendant from a prior child support arrearage. Based on this testimony, as well as the Court's knowledge of the Defendant's current resources, this Court believes that the Plaintiff is amendable to receiving the attorney's fees owed to him over an extended period of time.